1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   PHILLIP J. LONG,                          1:17-cv-00898 MJS (PC)

12             Plaintiff,                       **ORDER GRANTING APPLICATION TO
                                                PROCEED IN FORMA PAUPERIS**
13        v.
                                                **(ECF NO. 2)**
14   CORIZON HEALTH, INC., et al.,
                                                **ORDER DIRECTING PAYMENT**
15             Defendant.                       **OF INMATE FILING FEE BY FRESNO
                                                COUNTY JAIL**
16

17

18        Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has

19   requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff

20   has made the showing required by § 1915(a) and accordingly, the request to proceed in

21   forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of

22   $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly

23   payments in the amount of twenty percent of the preceding month's income credited to

24   plaintiff's trust account. The Fresno County Jail is required to send to the Clerk of the

25   Court payments from plaintiff's account each time the amount in the account exceeds

26   $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

27        In accordance with the above and good cause appearing therefore, IT IS

28   HEREBY ORDERED that:

                                            1

1

2      1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

3      **2.  The Director of the Fresno County Jail or his designee shall collect**

4  **payments from plaintiff's prison trust account in an amount equal to twenty**

5  **per cent (20%) of the preceding month's income credited to the prisoner's**

6  **trust account and shall forward those payments to the Clerk of the Court**

7  **each time the amount in the account exceeds $10.00, in accordance with 28**

8  **U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded**

9  **to the Clerk of the Court.  The payments shall be clearly identified by the**

10  **name and number assigned to this action.**

11      3.  The Clerk of the Court is directed to serve a copy of this order and a copy

12  of plaintiff's in forma pauperis application on the Director of the Fresno County

13  Jail, via the court's electronic case filing system (CM/ECF).

14      4.   The Clerk of the Court is directed to serve a copy of this order on the

15  Financial Department, U.S.  District Court, Eastern District of California,

16  Sacramento Division.

17      5.  Within sixty (60) days of the date of service of this order, plaintiff shall

18  submit a certified copy of his prison trust account statement for the six-month

19  period immediately preceding the filing of the complaint, if plaintiff has not already

20  done so.

21  IT IS SO ORDERED.

22

23  Dated:   August 16, 2017        /s/ *Michael J. Seng*

24                                 UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2