UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP J. LONG,<br><br>  Plaintiff,<br><br> v.<br><br>CORIZON HEALTH, INC., et al.,<br><br>  Defendants. | CASE NO. 1:17-cv-0898-LJO-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO ALLOW THIS CASE TO PROCEED ONLY AGAINST JANE DOE ON AN EIGHTH AMENDMENT CLAIM**<br><br>**(ECF Nos. 9, 11)** |

Plaintiff, a county inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 14, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed November 14, 2018 (ECF No. 11), are adopted in full;
2. This action shall proceed only on plaintiff's Eighth Amendment claim against defendant Jane Doe. All other claims and defendants are dismissed; and
3. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **December 11, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE