UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP J. LONG,<br><br>                    Plaintiff,<br><br>        v.<br><br>CORIZON HEALTH, INC., et al.,<br><br>                    Defendants. | CASE NO. 1:17-cv-0898-NONE-JLT (PC)<br><br>**ORDER GRANTING MOTION TO AMEND SUBPOENA; AND**<br>**ORDER DIRECTING CLERK OF COURT TO ISSUE AMENDED SUBPOENA**<br>**(Doc. 25)** |

   This action proceeds against a single defendant, Jane Doe, on an Eighth Amendment medical indifference claim. Previously, plaintiff's motion for a subpoena directed towards Jane Doe's employer, Corizon Health, Inc., was granted, and service of the subpoena was ordered on December 20, 2019, by the United States Marshal. (Doc. 22.) Service was thereafter effectuated on February 28, 2020. (Doc. 24.) Corizon Health, Inc., has since timely objected to the subpoena on the ground that it is "unintelligible" because it does not provide enough information to identify Jane Doe. (See Doc. 25 at 8-9). Considering that objection, plaintiff submitted a letter with additional information to help with identification. (Doc. 25.)

   On review, the Court construes plaintiff's letter as a motion to amend the subpoena. Good cause appearing, the Court ORDERS as follows:

   1. Plaintiff's motion to amend (Doc. 25) is **GRANTED**;

2. The Clerk of Court shall forward the following documents to the United States Marshal (USM):

    a. One completed and issued amended subpoena duces tecum to be served on:

        **MATTHEW M. GRIGG**

        **Law Offices of Matthew M. Grigg**

        **1700 N. Broadway, Ste. 360**

        **Walnut Creek, CA 94596**

    b. One copy of the second amended complaint (Doc. 9);

    c. One completed USM–285 form; and

    d. Two copies of this order, one to accompany the amended subpoena and one for the USM;

3. In completing the amended subpoena, the Clerk of Court shall list, as described here, the documents requested:

> Documents identifying the name of Jane Doe, a female nurse who worked at the North Annex Jail in Fresno, California on July 8, 2016. On that date, plaintiff was housed in Bed # 39 in the D Pod on the fourth floor of the North Annex Jail, his injury occurred in the gym facility on the fourth floor at approximately 2 p.m., and the female nurse would have treated plaintiff between 2 p.m. and 5 p.m.

4. Within twenty days from the date of this order, the USM is DIRECTED to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure;

5. The USM shall also serve a copy of the second amended complaint;

6. Within ten days after service, the USM shall file the return of service, along with the costs subsequently incurred in effecting service, and said costs shall be enumerated on the USM–285 form; and

7. Within thirty days after service, counsel for Corizon Health, Inc. is directed to serve the responsive documents on plaintiff:

    **Phillip J. Long**

    **BJ-2973**

2

**Ironwood State Prison ("ISP-2)**

**P.O. Box 2199**

**Blythe, CA 92226-2199**

8. Within fourteen days upon receipt of the documents identifying Jane Doe, plaintiff is directed to submit a notice with the Court, upon which he will then be directed to submit documents necessary to effectuate service.

IT IS SO ORDERED.

Dated: __April 15, 2020__         ____/s/ Jennifer L. Thurston
                                  UNITED STATES MAGISTRATE JUDGE