UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP J. LONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JANE DOE,<br><br>　　　　Defendant. | CASE NO. 1:17-cv-0898-NONE-JLT (PC)<br><br>**ORDER TO SHOW CAUSE**<br><br>**FOURTEEN-DAY DEADLINE** |

　　This action proceeds against a single defendant, Jane Doe, on an Eighth Amendment medical indifference claim. Previously, plaintiff's motion for a subpoena directed to Jane Doe's employer, Corizon Health, Inc., was granted, and service of the subpoena was ordered by the United States Marshal. (Doc. 22.) Following service, Corizon Health, Inc., timely objected to the subpoena on the ground that it is "unintelligible" because it does not provide enough information to identify Jane Doe. (See Doc. 25 at 8-9). Considering that objection, plaintiff submitted a letter with additional information to help with identification. (Doc. 25.) The Court then directed the United States Marshal to serve an amended subpoena. The Court further ordered plaintiff to submit a notice with the Court following receipt of the documents identifying Jane Doe so as to enable service on that defendant. To date, plaintiff has not responded to the Court's order.

///

///

Accordingly, the Court **ORDERS** plaintiff to show cause within fourteen days from the date of this order why this action should not be dismissed for failure to comply with a court order and failure to prosecute.

IT IS SO ORDERED.

Dated: __**October 14, 2020**__          _____/s/ Jennifer L. Thurston_____
                                                           UNITED STATES MAGISTRATE JUDGE