UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP J. LONG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JANE DOE,<br><br>　　　　　Defendant. | CASE NO. 1:17-cv-00898-NONE-JLT (PC)<br><br>**ORDER DIRECTING PLAINTIFF TO IDENTIFY JANE DOE**<br><br>**14-DAY DEADLINE** |

　　　This action proceeds against a single defendant, Jane Doe, on an Eighth Amendment medical indifference claim. Previously, this Court issued a subpoena for documents identifying the name of Jane Doe. (Doc. 34.) On February 22, 2021, the United States Marshal served the subpoena on the Litigation Coordinator at Fresno County Jail. *Id.* The Court ordered the Litigation Coordinator to serve the responsive documents on Plaintiff within thirty days. (Doc. 33.) The Court further ordered Plaintiff to submit a notice to the Court within fourteen days upon receipt of the documents identifying Jane Doe. *Id.* To date, plaintiff has not responded to the Court's order.

　　　Accordingly, the Court ORDERS Plaintiff to file a notice, **within 14 days**, advising the Court whether Plaintiff received documents responsive to the subpoena, and if so, identifying Jane Doe in order to effect service.

///

///

**Failure to comply with this Order may result in a recommendation of dismissal of the action for failure to obey a court order.**

IT IS SO ORDERED.

Dated: **June 8, 2021**           /s/ Jennifer L. Thurston
                         CHIEF UNITED STATES MAGISTRATE JUDGE