UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP J. LONG,<br><br>        Plaintiff,<br><br>   v.<br><br>JANE DOE,<br><br>        Defendant. | No. 1:17-cv-00898-NONE-JLT (PC)<br><br>ORDER ADOPTING AMENDED FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. Nos. 38, 40, 41) |

      Plaintiff Phillip J. Long, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On December 12, 2018, the court issued an order allowing the case to proceed against a single Jane Doe defendant on an Eighth Amendment claim brought pursuant to 42 U.S.C. § 1983. (Doc. Nos. 11, 12.) Despite multiple extensions of time and discovery efforts, plaintiff was unable to identify Jane Doe for service of process.

      On August 27, 2021, the assigned magistrate judge entered an order denying plaintiff's request for an extension of time, finding additional time unlikely to produce Jane Doe's identity so that she can be named as a defendant and served. (Doc. No. 41.) The magistrate judge also issued findings and recommendations, recommending that this action be dismissed without prejudice for failure to effect service of process on the defendant in accordance with Rule 4(m) of

the Federal Rules of Civil Procedure.  (Doc. 40, *as amended*, Doc. 41.)  The findings and recommendations were served on plaintiff and provided him fourteen days to file objections thereto.  (*Id.* at 3.)  More than fourteen days have passed, and plaintiff has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 27, 2021 (Doc. No. 41, *amending* Doc. No. 40, *addressing* Doc. No. 38) are adopted in full;
2. This action is dismissed without prejudice for plaintiff's failure to effect service of process; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 21, 2021**

UNITED STATES DISTRICT JUDGE

2